ALEXIS PADILLA
Attorney at Law
378 Lewis Avenue #6
Brooklyn, NY 11233
Tel. 917 238 2993
alexpadilla722@gmail.com

August 3, 2026

**BY ELECTRONIC FILING**
Hon. District Judge Denise L. Cote
United States District Court
Southern District of New York
500 Pearl Street
New York, NY 10007

Re: **Manning v. City of New York, et al.**
26-cv-02106-DLC

Your Honor:

My office represents Stephen Manning, the plaintiff in the above-referenced matter. I write on behalf of the parties to respectfully request an adjournment of the initial conference currently scheduled for Thursday, August 6, 2026, at 11:00 A.M. The parties participated in a mediation conference last week. At the conclusion of the conference, the mediator made a recommendation and gave each side until Thursday of this week to respond. Given that it often takes the City and the Comptroller's Office some time to respond to such proposals, and the possibility that this case may be settled, we think it may be to the advantage of all parties to adjourn the initial conference at least until such time as the mediation has formally ended. For this reason, we respectfully request that the initial conference currently scheduled for this week be adjourned. This is the first request by either party for an adjournment of this conference.

We thank the Court in advance for its time and attention to this matter.

The conference is adjourned to 8/28 at 2:30 pm.
Denise Cote
8/3/26

Respectfully submitted by:

/s/

*Alexis Padilla*
*Attorney for Stephen Manning*

**Cc:** **BY ECF**
Thomas Lai
New York City Law Dept.
*Attorneys for Defendant City of New York*