UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

STEPHEN MANNNG,

Plaintiff,

-v-

THE CITY OF NEW YORK, et al.,

Defendants.

---

26cv2106 (DLC)

ORDER

DENISE COTE, District Judge:

It having been reported to this Court that the parties have reached agreement on all issues during mediation, it is hereby

ORDERED that the above-captioned action is discontinued without costs to any party and without prejudice to restoring the action to this Court's calendar if the application to restore the action is made by **September 14, 2026.** If no such application is made by that date, today's dismissal of the action is with prejudice. See Muze, Inc. v. Digital On Demand, Inc., 356 F.3d 492, 494 n.1 (2d Cir. 2004).

Dated: New York, New York
August 13, 2026

DENISE COTE
United States District Judge